**ALEXANDER MORRISON + FEHR LLP**
Joshua M. Arnold (State Bar No. 240154)
jarnold@amfllp.com
1900 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
T: (310) 394-0888
F: (310) 394-0811

**EDENDALE JUSTICE ADVOCACY, PC**
Andrew Howard (State Bar No. 335752)
ahoward@edendalejustice.com
1920 Hillhurst Avenue, #400
Los Angeles, CA 90027
F: (310) 894-6109

Attorneys for Plaintiffs
TIMOTHY WIRES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TIMOTHY WIRES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CONVATEC INC., a Delaware corporation; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 25-cv-00630-ODW (AGx)<br>Assigned to: Hon. Otis D. Wright<br><br>**PLAINTIFF TIMOTHY WIRES' NOTICE OF SETTLEMENT** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE
2  THAT at this time:
3  Plaintiff Timothy Wires and Defendant Convatec Inc., by and through their counsel of
4  record, hereby notify the Court that the Parties have reached a settlement in the above-entitled
5  matter. The Parties respectfully request that the Court vacate all pending due dates and
6  hearings, and retain jurisdiction over this case until Defendant has fully performed its obligations
7  under the settlement agreement.
8  It is estimated that Defendant will fully perform its duties on or around November 28, 2025.
9  Within five (5) days after Defendant's completion of its duties, and pursuant to Federal Rule of
10 Civil Procedure 41, Plaintiff will file a joint notice of dismissal with prejudice.
11 Respectfully Submitted,

13 DATED: November 7, 2025

ALEXANDER MORRISON + FEHR, LLP
EDENDALE JUSTICE ADVOCACY, PC

 s/Andrew Howard
JOSHUA M. ARNOLD
ANDREW HOWARD
Attorneys for Plaintiffs
TIMOTHY WIRES

# PROOF OF SERVICE

I am over the age of 18 years, not a party to this action, and am employed in the County of Los Angeles, State of California. My business address is ALEXANDER MORRISON + FEHR LLP, 1900 Avenue of the Stars, Suite 900, Los Angeles, California 90067.

On November 7, 2025, following the ordinary business practices of ALEXANDER MORRISON + FEHR LLP as set forth below, I served a true and correct copy of the foregoing document(s) described as **PLAINTIFF TIMOTHY WIRES' NOTICE OF SETTLEMENT** in a sealed envelope, with postage fully prepaid, addressed as follows:

**[SEE SERVICE LIST]**

( )   BY MAIL. I am readily familiar with ALEXANDER MORRISON + FEHR LLP's practice for collection and processing of correspondence for mailing with the U.S. Postal Service. Under that practice, in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on the same day with postage fully prepaid at ALEXANDER MORRISON + FEHR LLP, 1900 Avenue of the Stars, Suite 900, Los Angeles, California 90067. The above envelope was placed for collection and mailing on the above date following ALEXANDER MORRISON + FEHR's ordinary business practice. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposition for mailing.

( )   VIA FACSIMILE. I sent said documents via facsimile.

(X)   VIA EMAIL. Complying with Civil Code of Procedure 1013b(b)(1), my electronic business address is jfernandez@amfllp.com and I caused such document(s) to be electronically served for the above-entitled case to those parties on the Service List and the email listed therein.

( )   BY PERSONAL SERVICE. I caused delivery of said envelope by hand to the offices of the addressee(s).

( )   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X)   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

DATED:   November 7, 2025      */s/ Juan Fernandez*
                                Juan Fernandez

**SERVICE LIST**

<u>COUNSEL FOR DEFENDANTS</u>: Convatec Inc., et al.
James Goodman, Esq.
Christina Samayoa, Esq.
James P. Flynn, Esq.
Andrea Augustine
EPSTEIN BECKER GREEN
1925 Century Park East, Suite 500
Los Angeles, California 90067
E:     jgoodman@ebglaw.com
E:      csamayoa@ebglaw.com
E:      jflynn@ebglaw.com
E:      aaugustine@ebglaw.com
T:     310.556.8861
F:     310.553.2165

<u>CO-COUNSEL FOR PLAINTIFF</u>: Timothy Wires
Andrew A. Howard
EDENDALE JUSTICE ADVOCACY, PC
1920 Hillhurst Avenue, #400
Los Angeles, California 90027
T:     (310) 894-6109
E:     ahoward@edendalejustice.com